WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '11 MAY 12 12:22 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JESSICA VOLKERS,                                        CV # 10-153-TC

        Plaintiff,

vs.                                                    ORDER

COMMISSIONER of Social Security,

        Defendant.

_____

        Attorney fees in the amount of $4,550.93 are hereby awarded to Plaintiff pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury

Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O.

Box 2768, Oregon City, OR 97045.


        DATED this 12 day of May, 2011.


                                        _____
                                        United States Magistrate Judge

Submitted on May 11, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1